## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: John Albert Emkey a/k/a John A. Emkey
a/k/a John A. Emkey, Sr.
      Tina Marie Emkey

                    **Debtor(s)**

BK NO. 21-00142 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)627-1322
Email: rsolarz@kmllawgroup.com
Attorney for Movant