IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN ALBERT EMKEY | : | CASE NO. 1-21-00142-HWV |
| aka JOHN A. EMKEY | : | |
| aka JOHN A. EMKEY SR. | : | |
| TINA MARIE EMKEY | : | |
| Debtors | : | CHAPTER 13 |

### DEBTORS' CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, John Albert Emkey, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
John Albert Emkey

I, Tina Marie Emkey, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of  Expenses as Chapter 13 Administrative Expenses.

_____
Tina Marie Emkey

DATE: 11 / 25 / 2021