# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: §
§ **CASE NO. 1:21-bk-00142-HWV**
**JOHN ALBERT EMKEY** §
**TINA MARIE EMKEY** §
    DEBTORS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Allied First Bank, SB dba Servbank | The Money Source Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Allied First Bank, SB dba Servbank**
    **3138 E Elwood St**
    **Phoenix, Arizona 85034**

Court Claim # (if known): 21-1
Amount of Claim: $3,874.14
Date Claim Filed: 11/14/2022

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0354**

Phone: 866-867-0330
Last Four Digits of Acct.# xxxxxx**0354**

Name and Address where transferee payments should be sent (if different from above):

    **Allied First Bank, SB dba Servbank**
    **ATTN: Cashiering**
    **3138 E Elwood St**
    **Phoenix, Arizona 85034**

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0354**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie Lea      Date: 04/07/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before April 14, 2023 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor** *Via U.S. Mail*
John Albert Emkey
378 Hill N Dale Drive South
York, PA 17403

**Debtor** *Via U.S. Mail*
Tina Marie Emkey
378 Hill N Dale Drive South
York, PA 17403

Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea