United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John Albert Emkey<br>Tina Marie Emkey<br>    Debtors | Case No. 21-00142-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 14, 2023      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5394075 | + Email/Text: BK@servicingdivision.com | Apr 14 2023 18:34:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 John Albert Emkey gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | |
|---|---|
| Gary J Imblum | on behalf of Debtor 2 Tina Marie Emkey gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: § 
§ CASE NO. 1:21-bk-00142-HWV
**JOHN ALBERT EMKEY** §
**TINA MARIE EMKEY** §
    DEBTORS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Allied First Bank, SB dba Servbank | The Money Source Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Allied First Bank, SB dba Servbank**
    **3138 E Elwood St**
    **Phoenix, Arizona 85034**

Court Claim # (if known): 21-1
Amount of Claim: $3,874.14
Date Claim Filed: 11/14/2022

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0354**

Phone: 866-867-0330
Last Four Digits of Acct.# xxxxxx**0354**

Name and Address where transferee payments should be sent (if different from above):

    **Allied First Bank, SB dba Servbank**
    **ATTN: Cashiering**
    **3138 E Elwood St**
    **Phoenix, Arizona 85034**

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0354**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie Lea      Date: 04/07/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before April 14, 2023 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor** *Via U.S. Mail*
John Albert Emkey
378 Hill N Dale Drive South
York, PA 17403

**Debtor** *Via U.S. Mail*
Tina Marie Emkey
378 Hill N Dale Drive South
York, PA 17403

Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea