**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

May 7, 2024

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: John & Tina Emkey
Chapter 13 - Bankruptcy Case No. 1:21-bk-00142

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PRUDENTIAL RETIREMENT
PO BOX 56025
BOSTON MA 02205-6025

The Creditor's <u>previous</u> address was as follows:

PRUDENTIAL RETIREMENT
PO BOX 5012
SCRANTON PA 18505-5012

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm