# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 25, 2025

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: John & Tina Emkey
Chapter 13 - Bankruptcy Case No. 1:21-bk-00142

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

THE MONEY SOURCE INC.
3138 E ELWOOD STREET
PHOENIX AZ 85034-7210

The Creditor's <u>previous</u> address was as follows:

THE MONEY SOURCE INC.
500 SOUTH BROAD STREET
SUITE 100A
MERIDEN CT 06450-6755

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm