**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN ALBERT EMKEY | : | CASE NO. 1:21-bk-00142-HWV |
| aka JOHN A. EMKEY | : | |
| aka JOHN A. EMKEY SR. | : | |
| TINA MARIE EMKEY | : | |
| Debtors | : | CHAPTER 13 |

**ORDER OF COURT**
**PERMITTING SIXTH APPLICATION OF ATTORNEY FOR CHAPTER**
**13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the Sixth Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $1,296.50 for fees and $62.87 for costs, for a net amount due of $1,359.37 for the time period of September 17, 2025 through January 23, 2026.

The Trustee will pay funds on hand and available towards said fees. The remainder of same will be paid directly by the Debtors.