United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-00142-HWV

John Albert Emkey     Chapter 13

Tina Marie Emkey

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Albert Emkey, Tina Marie Emkey, 378 Hill N Dale Drive South, York, PA 17403-4740 |
| 5386748 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive, Columbus, OH 43215 |
| 5386755 | | Maryland Dept of Revenue, PO Box 466, Annapolis, MD 21404-0466 |
| 5386761 | | PRUDENTIAL RETIREMENT, PO BOX 56025, BOSTON MA 02205-6025 |
| 5386760 | | Phelan Hallinan Diamond & Jones, LL, PMB SSS ACQUISITION, PO BOX 8990, TURNERSVILLE NJ 08012-8990 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Apr 27 2026 18:44:00 | Allied First Bank, SB dba Servbank, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | EDI: AISACG.COM | Apr 27 2026 22:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2026 18:45:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: AISACG.COM | Apr 27 2026 22:43:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Apr 27 2026 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Apr 27 2026 18:44:00 | Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Apr 27 2026 18:44:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5386745 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 27 2026 18:46:46 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 5534321 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5534320 | + | Email/Text: BK@servicingdivision.com | |
|  |  | Apr 27 2026 18:44:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5401189 | | Email/Text: Bankruptcymail@marylandtaxes.gov | |
|  |  | Apr 27 2026 18:44:00 | Comptroller of Maryland, 301 West Preston Street, Rm 409, Baltimore, MD 21201 |
| 5386746 | + | EDI: CAPITALONE.COM | |
|  |  | Apr 27 2026 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5386747 | + | EDI: CAPONEAUTO.COM | |
|  |  | Apr 27 2026 22:43:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5387991 | + | EDI: AISACG.COM | |
|  |  | Apr 27 2026 22:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5394560 | + | EDI: AISACG.COM | |
|  |  | Apr 27 2026 22:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5388622 | | EDI: CAPITALONE.COM | |
|  |  | Apr 27 2026 22:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5386749 | + | Email/Text: ctcdupecust@cornwelltools.com | |
|  |  | Apr 27 2026 18:44:00 | Cornwell Quality Tools, Attn: Bankruptcy Dept, 667 Seville Road, Wadsworth, OH 44281-1077 |
| 5388677 | + | Email/Text: ctcdupecust@cornwelltools.com | |
|  |  | Apr 27 2026 18:44:00 | Cornwell Tech Credit, 667 Seville Rd., Wadsworth, OH 44281-1077 |
| 5386750 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 27 2026 18:46:41 | Credit One Bank, N.A., c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5386751 | | Email/Text: BKCourtNotices@yourmortgageonline.com | |
|  |  | Apr 27 2026 18:44:00 | Dovenmuehle, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5426164 | | Email/Text: ECMCBKNotices@ecmc.org | |
|  |  | Apr 27 2026 18:45:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5426165 | | Email/Text: ECMCBKNotices@ecmc.org | |
|  |  | Apr 27 2026 18:45:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5386752 | | Email/Text: exeter@ebn.phinsolutions.com | |
|  |  | Apr 27 2026 18:45:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016 |
| 5393179 | | Email/Text: exeter@ebn.phinsolutions.com | |
|  |  | Apr 27 2026 18:45:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |
| 5387566 | + | EDI: AISACG.COM | |
|  |  | Apr 27 2026 22:43:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5386753 | + | EDI: AMINFOFP.COM | |
|  |  | Apr 27 2026 22:43:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5386743 | | EDI: IRS.COM | |
|  |  | Apr 27 2026 22:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5390361 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 27 2026 18:46:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5797492 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
|  |  | Apr 27 2026 18:44:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, PO BOX 8068, Virginia Beach, VA 23450-8068 |
| 5797493 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
|  |  | Apr 27 2026 18:44:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, PO BOX 8068, Virginia Beach, VA 23450, Lakeview Loan Servicing, LLC, C/O LoanCare, LLC 23450-8068 |
| 5386756 | | Email/Text: BankruptcyEast@firstenergycorp.com | |
|  |  | Apr 27 2026 18:44:00 | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |

| | | | | |
|---|---|---|---|---|
| 5393815 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 27 2026 18:44:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5386757 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 27 2026 18:45:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5387696 | + | Email/Text: Bankruptcy@nslp.org | Apr 27 2026 18:45:00 | Nelnet on behalf of NSLP, National Student Loan Program, PO Box 82507, Lincoln NE 68501-2507 |
| 5387139 | ^ | MEBN | Apr 27 2026 18:39:25 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5400930 | ^ | MEBN | Apr 27 2026 18:39:26 | Orion Portfolio Services, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5386744 | | EDI: PENNDEPTREV | Apr 27 2026 22:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5386759 | + | EDI: PENNDEPTREV | Apr 27 2026 22:43:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5386758 | + | EDI: PENNDEPTREV | Apr 27 2026 22:43:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5395760 | + | EDI: JEFFERSONCAP.COM | Apr 27 2026 22:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5386763 | | Email/Text: legalservices12@snaponcredit.com | Apr 27 2026 18:44:00 | Snap On Credit, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5729616 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5729615 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596987 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596988 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5386762 | + | EDI: CBS7AVE | Apr 27 2026 22:43:00 | Seventh Ave, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5393408 | + | EDI: LCIFULLSRV | Apr 27 2026 22:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5394075 | + | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5386764 | | Email/Text: BK@servicingdivision.com | Apr 27 2026 18:44:00 | The Money Source, Inc., 3138 E. Elwood Street, Phoenix AZ 85034-7210 |
| 5386765 | ^ | MEBN | Apr 27 2026 18:39:18 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5386766 | ^ | MEBN | Apr 27 2026 18:39:20 | Verizon, c/o Synergetic Communication, 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 5398504 | | EDI: AIS.COM | Apr 27 2026 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5386767 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 18:46:41 | Webbank Fingerhut, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5386768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 18:46:45 | Webbank Gettington, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |

| 5386769 | + Email/Text: kcm@yatb.com | | |
|---|---|---|---|
| | | Apr 27 2026 18:44:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |
| 5386771 | + Email/Text: l.keller@yorktownship.com | | |
| | | Apr 27 2026 18:45:00 | York Township, 190 Oak Road, Dallastown, PA 17313-9300 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5534324 | *+ | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5534323 | *+ | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5386754 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5596989 | *+ | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596990 | *+ | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5386770 | *+ | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | |
| | on behalf of Debtor 2 Tina Marie Emkey gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Debtor 1 John Albert Emkey gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew K. Fissel | |
| | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **John Albert Emkey** | Social Security number or ITIN   xxx–xx–6761 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tina Marie Emkey** | Social Security number or ITIN   xxx–xx–8511 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:21–bk–00142–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Albert Emkey
aka John A. Emkey, aka John A. Emkey Sr.

Tina Marie Emkey

**By the court:**

4/27/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Form 3180W                    **Chapter 13 Discharge**                    page 1

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ◆ some debts which the debtors did not properly list;

- ◆ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ◆ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ◆ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-00142-HWV    Doc 120    Filed 04/29/26    Entered 04/30/26 00:30:16    Desc
Imaged Certificate of Notice    Page 7 of 7